Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID NAEBZADEH,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK; BARCLAYS BANK DELAWARE; and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>      Defendants. | Case No.: 8:23-cv-00481-JWH-ADS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT AMERICAN EXPRESS NATIONAL BANK** |

Plaintiff Jamshid Naebzadeh, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant American Express National Bank ("American Experess"). Plaintiff and American Express are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against American Express will be finalized within the next sixty (60) days. Plaintiff's claims against remaining Defendants remain pending.

Respectfully submitted June 19, 2023

*/s/Garrett Charity*

Garrett Charity, Esq.
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Garrett.Charity@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Garrett Charity*